UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: )
)
KAY CONSTRUCTION MANAGEMENT CORP. )
) CASE NO. 10-10936-ABA
) CHAPTER 7
)
Debtor(s). )

## NOTICE DEPOSITING FUNDS TO THE REGISTRY OF THE COURT
## PURSUANT TO LOCAL RULE 12 (b)

JOHN W. HARGRAVE, as trustee of the above styled case, and respectfully shows that pursuant to the schedule of distribution in the trustee's final report, the trustee has disbursed the entire amount in the trustee's account; that all checks have cleared with the exception of the following:

| CLAIM NO. | CLAIMANT NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 20 | Forrest Sheet Metal Inc<br>2314 Pyle Street<br>Wilmington, DE  19805 | 5.12 |
| 22 | Swift Construction LLC<br>246 Highway 34, Ste 3<br>Matawan, NJ  07747 | 82.83 |
| 50 | J.C. Interiors Inc<br>c/o Cohen, Seglias, Pallas & Greenhall<br>Attn:  Nella M Bloom Esquire<br>30 South 17th Street, 19th Floor<br>Philadelphia, PA  19103 | 3,597.88 |
| 67 | W.E. Shone Co<br>PO Box 6007<br>Stanton, DE  19804 | 335.53 |
| 87 | Metropolitan Contract Carpets Inc.<br>c/o Cohen, Seglias, Pallas & Greenhall<br>Attn:  Nella M Bloom Esquire<br>30 South 17th Street, 19th Floor<br>Philadelphia, PA  19103 | 1,069.14 |
| 98 | Firehouse Electrical<br>415 Erial Road<br>Pine Hill, NJ  08021 | 39.24 |
| | Total | 5,129.74 |

As more that 90 days has elapsed since the distribution of the final dividend; and pursuant to the provisions of 11 U.S.C. §347, the undersigned attaches hereto a check in the amount of $5,129.74 payable to the Registry of the Court; and states that the claimants entitled thereto are listed above and their addresses as far as known are given the above.

|  |  |
|---|---|
| DATED: June 18, 2014 | /s/ John W. Hargrave<br>JOHN W. HARGRAVE, Trustee |

cc:  Debtor
     Debtor(s) Attorney
     Office of the U.S. Trustee
     Above listed claimants