**(If Necessary) Hearing Date and Time: September 30, 2014 at 10:00am. (Prevailing Eastern Time)**
**Objection Date and Time: September 23, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

ELAN M. DANIELS, ESQ.
201 E. 21st Street, Apt. 9C
New York, New York 10010
(267) 973-1076

Attorney for William D. Deutchman

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

―――――――――――――――――――― X
In re:                                )
                                      )
KAY CONSTRUCTION MANAGEMENT CORP. )   Chapter 7
                                      )
Debtor.                               )   Case No. 10-10936
                                      )
                                      )
                                      )
―――――――――――――――――――― X

**NOTICE OF MOTION FOR ORDER DIRECTING**
**PAYMENT OF UNCLAIMED FUNDS TO GEORGE SPARKS, INC.**
**PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041**

TO: ALL PARTIES ON THE ANNEXED SERVICE LIST

       **PLEASE TAKE NOTICE** that a hearing on the Motion (the "Motion") for payment of unclaimed funds to George Sparks, Inc. and other such relief as the Court may deem appropriate pursuant to section 347 of title 11 of the United States Code (the "Bankruptcy Code"), section 2041 of title 28 of the United States Code, Rule 3011 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and D.N.J. LBR 9013-1 and 3011-1, will be held before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Fourth Floor, Camden, New Jersey 08101, Courtroom 4B (the "Bankruptcy Court"), on **September 30, 2014 at 10:00am. (Prevailing Eastern Time)** (the "Hearing"), if necessary.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to D.N.J. LBR 9013-1 of the Local Rules of this Court, objections, if any, to the Motion and proposed order attached hereto (the "Order") must be in writing, must conform to the requirements of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of New Jersey, set forth the name of the objector, the basis for the objection and the specific grounds therefor, and must be filed with the Clerk of the Court and served on Elan M. Daniels, 201 E. 21st Street, Apt. 9C, New York, New York 100110, attorney for William D. Deutchman, so as to be so filed and received no later than **September 23, 2014 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE**, pursuant to D.N.J. LBR 9013-1 of Local Rules of this Court, failure of any person or entity receiving notice of the Motion to file and serve objections thereto by the Objection Deadline shall be a bar to the assertion of an objection to the entry by the Bankruptcy Court of the proposed Order, as same may be modified. The Motion shall be deemed uncontested and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to D.N.J. LBR 9013-1(f) of the Local Rules of this Court, the undersigned hereby requests oral argument only if the Motion is opposed. Appearances will not be required unless requested by party or opposition papers are filed.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: August 29, 2014
New York, New York

    /s/  Elan M. Daniels

Elan M. Daniels, Esq.
201 E. 21st Street, Apt. 9C
New York, New York 10010
(267) 973-1076

Attorney for William D. Deutchman