*Order Filed on 9/30/2014 by Clerk U.S. Bankruptcy Court District of New Jersey*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| In Re: Kay Construction Management Corp. | Case No.: 10-10936 <br> Chapter: 7 <br> Hearing Date: 9/30/14 <br> Judge: Altenburg |

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby ORDERED.

**DATED: 9/30/2014**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

―――――――――――――――――――― X
In re:                                      )
                                            )
KAY CONSTRUCTION MANAGEMENT CORP. )   Chapter 7
                                            )
                                            )   Case No. 10-10936
Debtor.                                     )
                                            )
                                            )
―――――――――――――――――――― X

### ORDER DIRECTING PAYMENT OF FUNDS TO GEORGE SPARKS, INC. PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041

**THIS MATTER,** having come before the Court by way of Motion for an Order Directing Payment of Funds to, George Sparks, Inc. (the "Claimant") Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, made by his attorney-in-fact, William D. Deutchman, by and through counsel, Elan M. Daniels, Esq. appearing, and the Court having considered the pleadings filed in support of the relief requested, and having further considered objections, if any, to said relief, and good and sufficient notice of the Motion having been given, and good and sufficient cause appearing for entry of this Order, it is

**ORDERED,** that the Motion for an Order Directing Payment of Funds to the Claimant shall be and is hereby granted in all respects; and it is further

**ORDERED,** that the Clerk shall be and is hereby authorized and directed to tender payment of funds held in the registry of this Court payable to George Sparks, Inc.. pursuant to 11 U.S.C. § 347 and sent to attorney-in-fact, William D. Deutchman, 28650 Fairmount Blvd., Cleveland, Ohio 44124-4538 in the sum of no less than $4,507.63 for the benefit of and awaiting request of the Claimant.

Date _____

                                    _____
                                    **HONORABLE ANDREW B. ALTENBURG, JR.**
                                    United States Bankruptcy Court for the District of New Jersey

*Approved by Judge Andrew B. Altenburg, Jr. September 30, 2014*